Suzanne L. Martin
Nevada Bar No. 8833
suzanne.martin@ogletree.com
Kathryn C. Newman
Nevada Bar No. 13733
kathryn.newman@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV  89135
Telephone:  702-369-6800
Fax:  702-369-6888

*Attorneys for Defendants, Crocs Inc. and
Hey Dude Shoes*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN A. BELT,<br><br>   Plaintiff,<br><br>vs.<br><br>CROCS INC.; HEY DUDE SHOES,<br><br>   Defendants. | Case No.:  2:24-cv-00582-APG-DJA<br><br>[~~PROPOSED~~] STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S MOTION TO AMEND<br><br>(First Request) |

Pursuant to Local Rules IA 6-1 and 6-2, Plaintiff Kevin A. Belt ("Plaintiff") and Defendants Crocs Inc. ("Defendant Crocs") and Defendant Hey Dude, Inc.[1] ("Defendant Hey Dude") (collectively the "Defendants"), by and through their respective attorneys, hereby stipulate and agree to extend the time within which Defendants must respond to Plaintiff's Motion to Amend and Request for Witness Assistance (ECF No. 31) through December 9, 2024.

The stipulation is entered into for the following reasons.

1.  Plaintiff filed a Motion to Amended Complaint and Request for Witness Assistance on November 18, 2024 (ECF No. 31).

2.  Defendants' Response to said Motion is due December 2, 2024.

3.  Kathryn Newman, counsel for Defendants, will be out of the country the week of

---

[1] Defendant Hey Dude, Inc. is incorrectly named in the Second Amended Complaint as "Hey Dude Shoes."

-1-

November 25, 2024. In light of the upcoming Thanksgiving holiday and associated travel and office closures, many of the Defendants' employees will have limited availability during this time period as well.

      4.    This continuance is not sought for purposes of delay, but rather to allow Defendants to investigate and respond to Plaintiff's request to amend the complaint and request for assistance in discovery.

For the foregoing reasons, the parties respectfully request the Court grant the request and enter an order allowing Defendants to respond to Plaintiff's Motion to Amend and Request for Witness Assistance through December 9, 2024.

| | |
|---|---|
| DATED this 21st day of November, 2024. | DATED this 21st day of November, 2024. |
| | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| /s/ Kevin A. Belt | /s/ Kathryn C. Newman/ |
| Kevin A. Belt<br>5421 E. Harmon Avenue<br>Apartment E16<br>Las Vegas, NV 89122<br><br>*In Pro Per* | Suzanne L. Martin<br>Nevada Bar No. 8833<br>Kathryn C. Newman<br>Nevada Bar No. 13733<br>10801 W. Charleston Blvd., Suite 500<br>Las Vegas, NV 89135<br><br>*Attorneys for Defendants,*<br>*Crocs, Inc. and Hey Dude Shoes* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

  11/22/2024
_____
DATE

-2-

86727652.v1-OGLETREE